UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD FODE and ROBIN FODE, husband and wibe, d/b/a FODE FARMS, a Washington sole proprietorship,<br><br>             Plaintiffs,<br><br>    v.<br><br>BAYER CROPSCIENCE LP, a Delaware Limited Partnership,<br><br>             Defendant. | NO. CV-09-99-EFS<br><br>**ORDER OF DISMISSAL** |

    By Stipulation filed June 8, 2009 (Ct. Rec. 8), the parties advised the Court that the above-captioned matter should be dismissed without prejudice and without costs or fees awarded to any party under Federal Rule of Civil Procedure 41.

    Therefore, **IT IS ORDERED**:

    1. The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice** and without costs or fees awarded to any party;

    2. All pending trial and hearing dates are stricken;

    3. All pending motions are denied as moot; and

    4. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.
   **DATED** this 16th  day of June 2009.

                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2009\99.Stip.Dismiss.wpd

ORDER * 2